Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, CA 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| UNICOLORS, INC., | Case No.: CV 16-1181-GW(ASx) |
| --- | --- |
| Plaintiff, | *Honorable George H. Wu Presiding* |
| v. | **ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |
| TOPSON DOWNS OF CALIFORNIA, INC., a California Corporation, individually, and d/b/a "LOVE FIRE CLOTHING"; et al., | |
| Defendants. | |

1 – [PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE

<u>ORDER</u>*:*

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice;

2. Each party will bear its own costs and fees as incurred in connection with this action; and

3. This Court will retain jurisdiction to enforce the terms of the settlement agreement that precipitates this dismissal.

<u>SO ORDERED</u>.

DATED: June 1, 2016          By: _/s/ George H. Wu_____
                                  GEORGE H. WU, U.S. District Judge